

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2019

No. 04-18-00847-CV

**IN THE ESTATE OF RICHARD WAYNE BENDELE, DECEASED**,

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000423
Honorable James L. Rex, Judge Presiding

## O R D E R

Appellees' unopposed second motion for an extension of time to file their brief is granted. We order the appellees' brief due by May 3, 2019. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court